JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: 2:26-cv-00044-DOC-ADS                    Date: February 9, 2026

Title:   Dennis Alexander Herrera Amador v. Ernesto Santacruz et al

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| Vivian Noemi Szawarc | Patrick James Kearney,  AUSA |

**PROCEEDINGS:**          **ORDER TO SHOW RE PRELIMINARY INJUNCTION**

The case is called. The Court and counsel confer.

For reason as stated on the record, the Court finds the Petition to be moot.

The Court ORDERS this action dismissed without prejudice.

00      :      04

Initials of Deputy Clerk: kdu